**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| ERIC SCOTT NEFF AND NAOMA D. NEFF, | : | No. 282 WAL 2017 |
| | : | |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| PENNYMAC CORP., | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 13th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.